**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Wyaketta Latoya WELCH,
Defendant-Appellant.**

No. 16-7032

United States Court of Appeals,
Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Wyaketta Latoya Welch, Appellant Pro Se. Alyssa Kate Nichol, Elizabeth Marie Yusi, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wyaketta Latoya Welch seeks to appeal the district court's order directing her to show cause why her 28 U.S.C. § 2255 (2012) motion should not be dismissed as untimely. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Welch seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED